```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    KAREN DELGADO,                                           :
                                    Plaintiff,               :     22 Civ. 7446 (LGS)
                                                             :
                  -against-                                  :          ORDER
                                                             :
    419 E. 70TH CAFÉ INC., et al.,                           :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 15, 2022, required the parties to file a proposed case management plan and joint letter by October 26, 2022. The initial pretrial conference is currently scheduled for November 2, 2022, at 4:10 p.m.

WHEREAS, on October 17, 2022, Plaintiff filed a pre-motion letter regarding an anticipated motion to dismiss Defendant's counterclaim. On October 24, 2022, Defendants filed a response.

WHEREAS, on October 17, 2022, the parties filed the joint letter required by the September 15, 2022, Order. In this letter, the parties requested a referral to the Southern District of New York's mediation program and an adjournment of the November 2, 2022, conference by sixty days or until the parties complete mediation. The parties have not yet filed a Proposed Civil Case Management Plan and Scheduling Order, available at the Court's website (http://nysd.uscourts.gov/judge/Schofield), as called for by the September 15, 2022 Order. It is hereby

**ORDERED** that, by **October 28, 2022**, the parties shall file the proposed civil case management plan. It is further

**ORDERED** that the November 2, 2022, conference is **ADJOURNED** to **January 4, 2023**, at 4:10 p.m.  The conference will be telephonic and will take place on the following conference line: 888-363-4749; access code 558-3333.  The parties shall be prepared to discuss the anticipated motion to dismiss at this conference.

A referral for mediation with the Southern District of New York's mediation program shall issue separately.

Dated: October 27, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE