

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

November 4, 2022

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Fax: (718) 504-6987
Email: diana@seolawgroup.com

**Application GRANTED.** The parties shall complete the first session of mediation by **January 20, 2023.** No further extensions will be granted absent extraordinary circumstances. So Ordered.

Dated: November 7, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**
Hon. Judge Lorna G. Schofield
United States District Court
Southern District of New York
(Foley Square)

  Re: <u>Delgado, et al v. 419 E. 70th Café, Inc. et al.</u>
    Case No. 1:22-cv-07446-LGS

Dear Judge Schofield:

  This office represents Defendants in the above referenced matter. I submit this letter, and with the consent of Plaintiff, that an extension of time to complete the parties' mediation until January 20, 2023. Counsel for Defendants necessitated making such request as her circumstances require the Counsel to make an out-of-country trip until January 1, 2023 due to her family member's medical condition.

  This is Defendants' first request for an extension of time to participate in the Court-annexed Mediation Program, and Plaintiff's counsel consented to this request.

  We thank the Court for its time and attention to this matter.

            Respectfully Submitted,

            Seo Law Group, PLLC

            By: /s/ *Diana Seo*
            Diana Y. Seo, Esq.
            *Attorneys for Defendants*

cc: All counsel of record (via ECF)