UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                             :

KAREN DELGADO,

                               Plaintiff,     :          22 Civ. 7446 (LGS)

               -against-                         :          ORDER

419 E. 70TH CAFÉ INC., et al.,

                             Defendants.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued September 15, 2022, scheduled an initial conference for November 2, 2022.  An Order issued October 27, 2022, adjourned this conference to January 4, 2023.  The purpose of this conference is to discuss Plaintiff's anticipated motion to dismiss Defendant's counterclaims.

        WHEREAS, an Order issued October 28, 2022, referred the parties to the Southern District of New York's Court-annexed Mediation Program.  An Order issued November 7, 2022, extended the parties' deadline to complete mediation to January 20, 2023.

        WHEREAS, in a status letter filed December 21, 2022, Plaintiff requested leave to file a request for certification of a collective action under the Fair Labor Standards Act.  It is hereby

        **ORDERED** that if, following mediation, Plaintiff wishes to file a motion to certify a collective action, she shall file a pre-motion letter pursuant to the Court's Individual Rules by **January 27, 2023**.  If such a pre-motion letter is filed, Defendant shall file a response by **February 3, 2023**.  It is further

        **ORDERED** that the conference scheduled for January 4, 2023, is **ADJOURNED** to **February 8, 2023, at 4:10 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The purpose of the conference will be to discuss Plaintiff's anticipated motion to dismiss and its potential motion to certify a collective under FLSA.

Dated: December 29, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE