UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
KAREN DELGADO,                                :
                          Plaintiff,          :
                                              :      22 Civ. 7446 (LGS)
          -against-                           :
                                              :      ORDER
419 E. 70TH CAFE INC., et al.,                :
                          Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued October 28, 2022, referred the parties to the S.D.N.Y. Mediation Program.

    WHEREAS, an Order issued December 29, 2022, set a deadline of January 27, 2023, for Plaintiff to file a pre-motion letter pursuant to the Court's Individual Rules regarding a motion to certify a collective action under the Fair Labor Standards Act. That Order also scheduled a conference for February 8, 2023. The purpose of the conference is to discuss Plaintiff's potential motion to certify a collective and potential motion to dismiss Defendants' counterclaims.

    WHEREAS, on January 25, 2023, the Court was informed the parties reached agreement on all issues at mediation. It is hereby

    **ORDERED** that by no later than **February 25, 2023**, the parties shall submit any settlement agreement for judicial approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015) ("[S]tipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect."). It is further

    **ORDERED** that the February 8, 2023, conference is **ADJOURNED**, sine die, and Plaintiff's deadline to file a pre-motion letter is **ADJOURNED**, sine die.

Dated: January 26, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE